Colin Clarke, M.D., P.C., as Assignee of DOREEN GLOVER, Respondent,
against
MVAIC, Appellant.



Appeal from an order of the Civil Court of the City of New York, Kings County (Robin Kelly Sheares, J.), entered January 24, 2014. The order denied defendant's motion for summary judgment dismissing the complaint.




ORDERED that the order is reversed, with $30 costs, and defendant's motion for summary judgment dismissing the complaint is granted; and it is further,
ORDERED that the Clerk of the Civil Court, or his or her designee, shall amend the caption to reflect that the only assignor named in the caption is "Doreen Glover."
In this action by a provider to recover assigned first-party no-fault benefits, defendant Motor Vehicle Accident Indemnification Corporation (sued herein as MVAIC) appeals from an order of the Civil Court which denied defendant's motion for summary judgment dismissing the complaint.
"The filing of a timely affidavit providing the MVAIC with notice of intention to file a claim is a condition precedent to the right to apply for payment from [MVAIC]' (see Insurance Law § 5208 [a] [1], [3]). Compliance with the statutory requirement of timely filing a notice of claim must be established in order to demonstrate that the claimant is a covered person,' within the meaning of the statute, entitled to recover no-fault benefits from the MVAIC (see Insurance Law § 5221 [b] [2]; Ocean Diagnostic Imaging v Motor Veh. Acc. Indem. Corp., 8 Misc 3d 137[A], 2005 NY Slip Op 51271[U] [App Term, (2d Dept,) 2d & 11th Jud Dists (2005)])" (A.B. Med. Servs. PLLC v Motor Veh. Acc. Indem. Corp., 10 Misc 3d 145[A], 2006 NY Slip Op 50139[U], *3 [App Term, 2d Dept, 2d & 11th Jud Dists 2006]; see also M.N.M. Med. Health Care, P.C. v MVAIC, 22 Misc 3d 128[A], 2009 NY Slip Op 50041[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists 2009]; Bell Air Med. Supply, LLC v MVAIC, 16 Misc 3d 135[A], 2007 NY Slip Op 51607[U] [App Term, 2d Dept, 2d & 11th Jud Dists 2007]). Defendant established that it had not received such an affidavit.
Accordingly, the order is reversed and defendant's motion for summary judgment dismissing the complaint is granted.
As the record indicates that the parties previously stipulated that the sole assignor for which plaintiff seeks to recover in this action is "Doreen Glover," the Clerk of the Civil Court, or his or her designee, is directed to amend the caption to reflect that the only assignor named in the caption is "Doreen Glover" (see CPLR 5019 [a]), and we have amended the caption of the appeal accordingly.
Pesce, P.J., Aliotta and Solomon, JJ., concur.
Decision Date: September 27, 2016